393 A.2d 1292

McDonald v. Donahoe Rental Company et al., Appellants.

Argued April 17, 1978. Elmer G. Klaber, for appellants; Peter J. Mansmann, for appellee.

Order and judgment affirmed.

393 A.2d 1292

McMurtrie et al. v. Falvo et al., Appellants.

Argued April 13, 1978. A. Diamond, with him William E. Stockey, for appellants; John D. Petruso, for appellees.

Order affirmed.